UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL BOLLAG, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>Defendants. | CIVIL ACTION NO. 07-cv-3994 (LTS)<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

(Captions continued on following pages)

**PROPOSED ORDER CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | |
|---|---|
| LEO YEN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, ZHU SHAN, GRAHAM EARNSHAW, ALOYSIUS T. LAWN, JOHN H. SPRINGER, ZHAO LI, LONG QIU YUN, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>　　　　　　　　Defendants. | **CIVIL ACTION NO. 07-cv-4046 (LTS)**<br><br>**JURY TRIAL DEMANDED** |
| JOEL DARRAS, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>　　　　　　　　Defendants. | **CIVIL ACTION NO. 07-cv-4144 (LTS)**<br><br>**JURY TRIAL DEMANDED** |
| ALTON PARTNERS, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL,<br><br>　　　　　　　　Defendants. | **CIVIL ACTION NO. 07-cv-4443 (LTS)**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>           Defendants. | **CIVIL ACTION NO. 07-cv-4719 (LTS)**<br><br>**JURY TRIAL DEMANDED** |
| BLOOMFIELD, INC., Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>           Defendants. | **CIVIL ACTION NO. 07-cv-4727 (LTS)**<br><br>**JURY TRIAL DEMANDED** |
| JIAJU CHU, Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., WR HAMBRECHT + CO., LLC,<br><br>           Defendants. | **CIVIL ACTION NO. 07-cv-6145 (LTS)**<br><br>**JURY TRIAL DEMANDED** |

Having considered the motion of the Yen Group to consolidate all related actions, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel and all papers in support thereof and in opposition thereto, and good cause appearing therefore:

1. Each related action filed in this Court or transferred to this Court shall be consolidated with the instant action;

2. The Yen Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934 and Section 27(a) of the Securities Act of 1933; and

3. Lead Plaintiff's selection of the law firm of Kahn Gauthier Swick, LLC as Lead Counsel for the Class is hereby approved.

IT IS SO ORDERED.

DATED: _____    _____
                                    THE HONORABLE LAURA T. SWAIN
                                    UNITED STATES DISTRICT JUDGE