UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ISRAEL BOLLAG, individually and on behalf of all others similarly situated, | ) ) ) **Civil Action: 07-CV-3994 (LTS)** |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP. and WR HAMBRECHT & CO., LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

---

**NOTICE OF MOTION OF SHAOKAI LI AND WU LIN
FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFFS, AND APPROVAL OF THEIR CHOICE OF LEAD COUNSEL**

11707v1

```
------------------------------------- x
LEO YEN, individually and on behalf of all )
others similarly situated,                 )   Civil Action: 07-CV-4046 (LTS)
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )
                                           )
XINHUA FINANCE MEDIA LTD., FREDY BUSH,     )
SHELLY SINGHAL, ZHU SHAN, GRAHAM           )
EARNSHAW, ALOYSIUS T. LAWN, JOHN H.        )
SPRINGER, ZHAO LI, LONG QIU YUN, J.P.      )
MORGAN SECURITIES, INC., UBS AG, CIBC      )
WORLD MARKETS CORP., and W.R. HAMBRECHT )
& COMPANY, LLC.,                           )
                                           )
                Defendants.                )
                                           )
------------------------------------- x
JOEL DARRAS, individually and on behalf of )
all others similarly situated,             )   Civil Action: 07-CV-4144 (LTS)
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )
                                           )
XINHUA FINANCE MEDIA LTD., FREDY BUSH,     )
SHELLY SINGHAL, J.P. MORGAN SECURITIES,    )
INC., UBS AG, CIBC WORLD MARKETS CORP.,    )
and WR HAMBRECHT & CO.,                    )
                                           )
                Defendants.                )
                                           )
------------------------------------- x
ALTON PARTNERS, on behalf of itself and    )
all others similarly situated,             )   Civil Action: 07-CV-4443 (LTS)
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )
                                           )
XINHUA FINANCE MEDIA LIMITED, FREDY        )
BUSH and SHELLY SINGHAL,                   )
                                           )
                Defendants.                )
------------------------------------- x
```

11707v1

```
------------------------------------- x
BLOOMFIELD, INC., on behalf of itself and     )
all others similarly situated,                )    Civil Action: 07-CV-4728 (LTS)
                                              )
                    Plaintiff,                )
                                              )
       vs.                                    )
                                              )
XINHUA FINANCE MEDIA LTD., FREDY BUSH,        )
SHELLY SINGHAL, J.P. MORGAN SECURITIES,       )
INC., UBS AG, CIBC WORLD MARKETS CORP.,       )
and WR HAMBRECHT & CO.,                       )
                                              )
                    Defendants.               )
                                              )
------------------------------------- x
BRICKMAN INVESTMENTS, on behalf of itself and )
all others similarly situated,                )    Civil Action: 07-CV-4719 (LTS)
                                              )
                    Plaintiff,                )
                                              )
       vs.                                    )
                                              )
XINHUA FINANCE MEDIA LTD., FREDY BUSH and     )
SHELLY SINGHAL, J.P. MORGAN SECURITIES        )
INC., UBS AG, CIBC WORLD MARKETS CORP.,       )
and W.R. HAMBRECHT & COMPANY, LLC,            )
                                              )
                    Defendants.               )
                                              )
------------------------------------- x
JIAJU CHU on behalf of itself and all others similarly )
situated,                                     )    Civil Action: 07-CV-6145 (LTS)
                                              )
                    Plaintiff,                )
                                              )
       vs.                                    )
                                              )
XINHUA FINANCE MEDIA LTD., FREDY BUSH,        )
SHELLY SINGHAL, J.P. MORGAN SECURITIES,       )
INC., UBS AG, CIBC WORLD MARKETS CORP.,       )
and WR HAMBRECHT & CO.,                       )
                                              )
                    Defendants.               )
                                              )
------------------------------------- x
```

**PLEASE TAKE NOTICE** that class members Shaokia Li and Wu Lin (collectively, the "Movants") hereby move this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 and 15 U.S.C. § 77z-1, at the United States District Court for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing Movants to serve as lead plaintiffs; and (c) approving Movants' selection of counsel for the class.

In support of their motion, Movants submit: (a) the Declaration of Gregory M. Egleston, dated July 23, 2007, and annexed exhibits; (b) a Memorandum of Law, dated July 23, 2007; and (c) a Proposed Order granting Movants' motion for consolidation, appointment as lead plaintiffs and approval of their selection of lead counsel for the class.

DATED: July 23, 2007

Respectfully submitted,

BERNSTEIN LIEBHARD & LIFSHITZ, LLP

_____
Sandy A. Liebhard (SL-0835)
Gregory M. Egleston (GE-1932)
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel: (212) 779-1414

*Lead Counsel for Movants and Proposed Lead Counsel for the Class*

11707v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed in this Court, First Class Mail prepaid, this 23rd day of July, 2007:

**Counsel for Plaintiffs**

Michael A Swick, Esq.
**KAHN GAUTHIER SWICK, LLC**
12 East 41st Street, 12th Floor
New York, New York 10017

Samuel H. Rudman, Esq.
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
58 South Service Road, Suite 200
Melville, NY 11747

Darren J. Robbins, Esq.
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego CA  92101-3301

Jack G. Fruchter, Esq.
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza, Suite 2805
New York, New York 10119

Richard A. Speirs, Esq.
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010

Evan J. Smith, Esq.
**BRODSKY & SMITH LLC**
240 Mineola Boulevard
New York, New York 11501

11710-v1

Robert N. Kaplan, Esq.
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, New York 10022

Richard A. Maniskas, Esq.
**SCHIFFRIN BARROWAY
TOPAZ & KESSLER LLP**
280 King of Prussia Road
Radnor, PA 19087

Lionel Z. Glancy, Esq.
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars
Suite 311
Los Angles, CA 90067

Marvin Lawrence Frank, Esq.
**MURRAY, FRANK & SAILER, LLP**
275 Madison Avenue
8th Floor
New York, NY 10016

**Counsel for Defendants**

Douglas Clark, Esq.
**WILSON SONSINI GOODRICH & ROSATI**
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Attorneys for Defendants*
*Xinhua Finance Media Ltd., Fredy Bush, Shelly Singhal, Zhu Shen,*
*Graham Earnshaw, Aloysius T. Lawn, John H. Springer, Zhao Li, and Long Qiu Yun*

Mark A. Kirsch, Esq.
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorneys for Defendants JP Morgan Securities Inc., UBS AG,*
*CIBC World Markets Corp., and W.R. Hambrecht Co. LLC*

_____
LYDIA APONTE

11710-v1