UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL BOLLAG, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>Defendants. | **Civil Action No.: 1:07-cv-03994-LTS** |
| LEO YEN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, ZHU SHAN, GRAHAM EARNSHAW, ALOYSIUS T. LAWN, JOHN H. SPRINGER, ZHOA LI, LONG QIU YUN, MORGAN SECURITIES, INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>Defendants. | **Civil Action No.: 1:07-cv-04046-LTS** |

|  |  |
|---|---|
| ALTON PARTNERS, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH and SHELLY SINGHAL,<br><br>　　　　　Defendants. | )<br>)  **Civil Action No.: 1:07-cv-04443-LTS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BRICKMAN INVESTMENTS INC., Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.: 1:07-cv-04719-LTS**<br>)<br>)<br>)<br>) |

| | |
|---|---|
| BLOOMFIELD INC., Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>Defendants. | **Civil Action No.: 1:07-cv-04727-LTS** |
| JIAJU CHU, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>Defendants. | **Civil Action No.: 1:07-cv-06145-LTS** |

**DECLARATION OF MARIA J. CICCIA IN
SUPPORT OF THE MOTION TO CONSOLIDATE RELATED
CASES, APPOINT LEAD PLAINTIFF, AND TO
<u>APPROVE LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

I, MARIA J. CICCIA, declare under penalty of perjury:

1.  I am an associate of the law firm Squitieri & Fearon, LLP. I make this Declaration in Support of the Motion to Consolidate Related Cases, Appoint Delta Partners, LLC (the "Movant") as Lead Plaintiff Pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 and the Securities Act of 1933 Section 27(a) and to Approve Lead Plaintiff's choice of counsel. The matters set forth herein are stated within my personal knowledge.

2.  Attached hereto are true and correct copies of the following documents:

    Exhibit A:   Movant's sworn Certification;

    Exhibit B:   Chart of the Movant's Purchases, Sales, and Losses;

    Exhibit C:   Firm resume for Gainey & McKenna; and

    Exhibit D:   Firm resume of Squitieri & Fearon, LLP.

Executed this 23rd day of July, 2007 at New York, New York.

*[signature]*

MARIA J. CICCIA