**EXHIBIT B**

## DELTA PARTNERS LLC
### (Trades in Xinhua Finance Media Ltd.)

| Date Purchased | Shares | Price | Total | Shares Held | Shares | Price | Total |
|---|---|---|---|---|---|---|---|
| 3/9/2007 | 500 | $13.000000 | $6,500.00 | 7/20/2007 | 71,000 | $8.080000 | $573,680.00 |
| 3/9/2007 | 500 | $13.000000 | $6,500.00 | | | | |
| 3/9/2007 | 11,500 | $11.314500 | $130,116.75 | | | | |
| 3/9/2007 | 8,500 | $11.314500 | $96,173.25 | | | | |
| 3/14/2007 | 2,900 | $10.000000 | $29,000.00 | | | | |
| 3/14/2007 | 2,100 | $10.000000 | $21,000.00 | | | | |
| 3/15/2007 | 2,100 | $10.000000 | $21,000.00 | | | | |
| 3/15/2007 | 2,900 | $10.000000 | $29,000.00 | | | | |
| 4/25/2007 | 5,800 | $10.618200 | $61,585.56 | | | | |
| 4/25/2007 | 4,200 | $10.618200 | $44,596.44 | | | | |
| 5/2/2007 | 17,400 | $12.172800 | $211,806.72 | | | | |
| 5/2/2007 | 12,600 | $12.172800 | $153,377.28 | | | | |
| Total | 71,000 | | $810,656.00 | | 71,000* | | $573,680.00    Total Loss = ($236,976.00) |

\* Shares held as of the date of this filing are valued using the average price of $8.08 per share.