**EXHIBIT C**

# GAINEY & McKENNA

ATTORNEYS AT LAW

295 MADISON AVENUE
4TH FLOOR
NEW YORK, NY 10017
TEL: (212) 983-1300
FAX: (212) 983-0383

666 GODWIN AVENUE
SUITE 230
MIDLAND PARK, NJ 07432
TEL: (201) 689-9000
FAX: (201) 689-9969

## FIRM RESUME

### General Information

Our firm was formed with the goal of combining the experience we gained through practicing law at large firms with the closeness, flexibility and attention to detail that characterize many smaller firms. In essence, we have designed our firm to be able to handle both large and small matters, offering what we believe our clients want most: *quality legal work with an emphasis on communication*.

Our firm's philosophy is essentially a continuation of the manner in which each of us have practiced law: *our clients and their needs come first*. Responsiveness to our clients' needs is of equal importance to professional skill and legal acumen. We are mindful that the law is a service business and we place a premium on communication. It is our policy to keep our clients fully informed as each matter progresses. We seek and encourage our clients' active participation in every business deal we do for them and in every litigation we handle for them. The client has the final say as it is their matter. *We serve the client*.

Regardless of the matter, our approach to each case is the same. Our attorneys are as thorough as possible, present an aggressive position for our clients and are tough negotiators. We utilize all available resources necessary to achieve the best possible outcome for our clients. In addition, the combination of polished oral and written advocacy and extensive trial and litigation

experience ensures that our clients receive a high quality legal product and excellent results. Our goal is to consistently exceed our clients' expectations.

*Practice Areas*

We have significant experience in prosecuting complex cases, including securities fraud class actions, cases under ERISA involving breach of fiduciary duty and derivative actions.

By way of example, the following are some of the cases Gainey & McKenna are involved in: Labit v. Glenn Zagoren, et al., 03cv2298; (S.D.N.Y.) (securities fraud class action) (Co-Lead Counsel); In re Avon ERISA Litigation, 05cv8603 (S.D.N.Y.) (Co-Lead Counsel in ERISA Class Action); In re Metlife, Inc., ERISA Litigation,04cv8838 (S.D.N.Y) (Interim Co-Lead Counsel); Friedman v. Ameritrade Holding Corp., 1346-N (Court of Chancery for the State of Delaware) (Member of the Committee of the Whole); Thurman v. HCA, Inc., et al., 05-cv-01001 (M.D. Tenn.) (Co-Lead Counsel in ERISA Class Action); Riley v. Jorge Mas, et al., 04cv27000 (11th Judicial Circuit in and for Dade County, Florida) (Lead Counsel in Mastec derivative action); Hanson v. Odyssey HealthCare, Inc., et al., 3:04 CV 2751 (N.D. Texas) (Lead Counsel in derivative action); Cannon v. MBNA Corp., et al., 05-cv-429 (D. Delaware) (Appointed to the Executive Committee in ERISA Class Action); Mellot v. Choicepoint, Inc., et al., 05 cv1340 (N.D. Georgia) (Interim Co-Lead Counsel in ERISA Class Action); Phillips v. Molson Coors Brewing Co., et al., 05-cv-604 (D. Delaware) (Interim Co-Lead Counsel in ERISA Class Action); Dolliver v. Patterson Companies Inc., (D. Minnesota) (Interim Co-Lead Counsel in ERISA Class Action); Diane Johnson v. Bausch & Lomb, et al., 06-cv-2916 (S.D. New York) (Co-Lead

Counsel ERISA Class Action); Hapka v. Dennis Crowley, et al., 50-2005 CA (15th Judicial Circuit in and for Palm Beach County, Florida) (de facto lead counsel in derivative action against Spear & Jackson); Hamwi v. AON Corporation, et al., 04 CV 7729 (S.D.N.Y.) (co-counsel in ERISA class action); Lemond v. New York Community Bancorp, Inc., et al., 05cv2222 (E.D.N.Y) (de facto co-lead counsel in derivative action); Forsee v. Janus Fund, et al., 03cv7654 (S.D.N.Y.) (securities fraud class action); Clancy v. Strong Advisors Common Stock Fund, et al., 03cv8375 (S.D.N.Y.) (securities fraud class action); Adams v. Putnam American Government Income Fund, et al., 04cv01072 (S.D.N.Y) (securities fraud class action); Clancy v. Invesco Advantage Health Sciences Fund, et al., 04cv0713 (S.D.N.Y) (securities fraud class action); Durkin v. Canadian Superior, Inc., et al., 04cv3453 (S.D.N.Y.) (securities fraud class action); In re Nortel Networks Corp. Sec. Litig., 04cv02115 (S.D.N.Y.) (securities fraud class action); In re China Life Sec. Litig., 04cv2122 (S.D.N.Y.) (securities fraud class action); Anderson v. John D. Lockton, et al., 1168070 (Superior Court of California, County of Santa Barbara) (derivative action against Superconductor Technologies, Inc.); Nieman v. Ira B. Lampert, et al., 05cv60574 (S.D. Fl.) (derivative action against Concord Camera); In re Omnivision Technologies, Inc., 04cv2297 (N.D. Cal.) (securities fraud class action); In re Genta Incorporated Derivative Litig., Docket No. UNN-L-2054-04 (N.J. Superior Court) (co-counsel in derivative action); Ramseur v. Callidus Software, Inc., et al., No. C. 04-4419 (N.D. Cal.) (co-counsel in derivative action); Sheppard, et al. v. Federal National Mortgage Association, et al., 05cv00937 (D. Col.) (ERISA class action); Spiziri v. The St. Paul Travelers Companies, et al., 04cv5097 (D. Minn) (of counsel in ERISA class action); McCalla v. Chiron Corp., et al., RG04180801 (Sup. Ct. of Cal.) (co-counsel derivative action and transactional case); Sergi, et al. v. American International Group,

3

Inc., et al., 05cv4266 (S.D.N.Y.) (ERISA class action); Ferdinandson v. Marsh & McLennan Companies, Inc. et al., 05cv2019 (S.D.N.Y) (ERISA Class Action); Grider v. The Administrative Committee of the Tower Automotive Retirement Plan, et al., 05cv4084 (S.D.N.Y.) (ERISA class action); Freedman v. Gillette Company, et al., C.A. No. 1130-N (Court of Chancery for the State of Delaware) (Transactional case); In Re Collins & Aikman Corp., 05cv4950 (S.D.N.Y.) (of counsel in securities fraud class action); Chase-Orr v. Delphi Corp., et al., 05cv71339 (D. Minn.) (of counsel in ERISA Class Action); Sindona v. M. Richard Asher, et al., 05-2644 (N.D. California) (Electronic Arts derivative action); Edgar v. Avaya, Inc., et al., 05-cv-3598 (N.J. District Court) (of counsel in ERISA Class Action); McCauley v. Tribune Company, et al., 05-cv-03377 (N.D. Illinois) (ERISA Class Action); In Re Ameritrade, C.A. No. 5830650-N (Court of Chancery for the State of Delaware) (Transactional case); Bosman v. Harley-Davidson, Inc., et al., 05-cv-00912 (E.D.Wisconsin) (of counsel in ERISA Class Action); Nespole v. DRDGold Limited, et al., 05-cv-5661 (S.D.N.Y.) (of counsel in securities fraud class action); Francesco Ciabatti v. David M. Rickey, et al., 06-cv-4910 (N.D. California); (co-counsel in Derivative Class Action); Aviva Partners, LLC v. Exide Technologies, et al. 05cv03098 (D. NJ.) (of counsel in securities fraud class action); Jackson v. The Coca-Cola Company, et al., 05-cv-1798 (N.D. Georgia) (of counsel in ERISA Class Action); Boyd v. ConAgra Foods, Inc., et al., 05-cv-00386 (D. Nebraska) (of counsel in ERISA Class Action); Fontenot v. Guidant, 05-cv-1468 (S.D. Indiana) (of counsel in ERISA Class Action); Afuape v. Robert Chrenc, et al., Index No. 05-25098 (Supreme Court, Queens Co., New York) (of counsel in Symbol Technology derivative action and transactional case); Jennifer Chu v. Abercrombie & Fitch Co., 05-cv-01084 (S.D. Ohio) (derivative class action); George Larson v. Boston Scientific, et al, 06-CV-10105 (D.

4

Massachusetts) (ERISA Class Action); Johnson v. Dana Corporation, et al, 05-cv-7435 (N. D. Ohio) (ERISA Class Action); Forbes v. Diebold Inc., et al, 05-cv-0324 (N.D. Ohio) (of counsel in ERISA Class Action); Binu Mathew v. The JP Morgan Chase Retirement Plan, et al., 06-cv-4184 (S.D. New York) (of counsel in ERISA Class Action); Robert Maxwell v. Radioshack Corporation, et al., 06-cv-499 (N.D. Texas) (co-counsel in ERISA Class Action); Anthony Salvato v. Zale Corporation, et al., 06-cv-1124 (N.D. Texas) (de facto co-lead counsel in ERISA Class Action); Terri Simeon v. Affiliated Computer Services, Inc. et al., 06-cv-1592 (N.D. Texas) (de facto co-lead counsel in ERISA Class Action); Peter J. Cunningham v. Joseph Ram, et al., 06-cv-1529 (S.D. California) (Applied Micro derivative action); Randall W. Clark v. Home Depot, Inc., 07-cv- 114 (N.D.Georgia) (de facto co-lead counsel in ERISA Class Action); Reba Bagley and Scott Silver, et al., v KB Home, et al. 07-cv-1754 (C.D. of California) (de facto co-lead counsel in ERISA Class Action); Deborah Barnum v. Barbara T. Alexander, et al., A52977(D.C. Clark County, Nevada) (transactional case re Harrah's); Andrew Heidecker v. Northrop Grumman Corporation, et al. 07-cv-00153 (C.D. of California) (co-counsel in ERISA Class Action); George Durgin v. Technical Olympic USA, Inc. et al., 06-cv-61844 (S.D. Florida) (securities fraud class action); George Pino and Sandra Baldi, et al. v. Kraft Foods Global, Inc. et al., 07-cv-1954 (N.D. Illinois) (co-counsel in ERISA Class Action); Steve M. Willet v. Beazer Homes USA, Inc., et al., 07-cv-1079; (N.D. of Georgia) (ERISA Class Action); Andre Bowen v. Dell Computer Corporation, et al. 06-cv-790 (W.D. Texas) (co-counsel in ERISA Class Action).

    We also represent plaintiffs and defendants in a variety of complex civil and commercial litigations, including consumer class actions, real estate and business disputes, breach of contract and commercial disputes, employment cases (discrimination, harassment, wrongful termination),

insurance coverage disputes, professional malpractice (accounting, legal and medical), products liability, and personal injury lawsuits.

We have also been retained strictly as trial counsel in many matters. Members of the firm are admitted to practice in all the courts of the State of New York and New Jersey, as well as in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court of New Jersey and the United States Court of Appeals for the Second Circuit. Members of the firm have also been admitted *pro hac vice* in a number of other state and federal jurisdictions.