UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL BOLLAG, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XINHUA FINANCE MEDIA LTD., FREDY BUSH, SHELLY SINGHAL, J.P. MORGAN SECURITIES INC., UBS AG, CIBC WORLD MARKETS CORP., and WR HAMBRECHT & CO., LLC,<br><br>Defendants. | Civil Action No.: 1:07-cv-03994-LTS |

[Additional captions omitted]

**NOTICE OF FILING OF EXHIBIT A TO THE CERTIFICATION OF DELTA PARTNERS, LLC, ATTACHED AS EXHIBIT A TO THE DECLARATION OF MARIA J. CICCIA IN SUPPORT OF DELTA PARTNERS, LLC'S MOTION TO CONSOLIDATE THE ACTIONS, BE APPOINTED AS LEAD PLAINTIFF, AND APPROVE ITS CHOICE OF LEAD COUNSEL**

PLEASE TAKE NOTICE of the filing of the attached, which is Exhibit A to the

Certification of Delta Partners, LLC, which in turn is Exhibit A to the Declaration of Maria J.

Ciccia dated July 23, 2007.

Dated: July 23, 2007

**GAINEY & MCKENNA**

By: ____/s/_____
Thomas J. McKenna  (TM-7109)
295 Madison Avenue
4th Floor
New York, New York 10017
Tel: (212) 983-1300

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr. (SF-8119)
Maria J. Ciccia (MC-2801)
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492

*Attorneys for Movant Delta Partners, LLC*

# EXHIBIT A

## *Delta Partners, LLC*

**(Trades in Xinhua Finance Media Ltd.)**

| *No. of Shares* | *Stock Symbol* | *Buy/Sell* | *Date* | *Price per Share* |
|---|---|---|---|---|
| 500 | XFML | Buy | 03/09/07 | $13.00 |
| 500 | XFML | Buy | 03/09/07 | $13.00 |
| 11,500 | XFML | Buy | 03/09/07 | $11.3145 |
| 8,500 | XFML | Buy | 03/09/07 | $11.3145 |
| 2,900 | XFML | Buy | 03/14/07 | $10.00 |
| 2,100 | XFML | Buy | 03/14/07 | $10.00 |
| 2,100 | XFML | Buy | 03/15/07 | $10.00 |
| 2,900 | XFML | Buy | 03/15/07 | $10.00 |
| 5,800 | XFML | Buy | 04/25/07 | $10.6182 |
| 4,200 | XFML | Buy | 04/25/07 | $10.6182 |
| 17,400 | XFML | Buy | 05/02/07 | $12.1728 |
| 12,600 | XFML | Buy | 05/02/07 | $12.1728 |