UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re Xinhua Finance Media Ltd. Securities Litig.    Master File No. 07-Civ.-3994 (LTS)
------------------------------------------------------------x
This Document Relates to:

    All Actions.
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION BY DELTA PARTNERS, LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND RELATED RELIEF

**PLEASE TAKE NOTICE** that Class member Delta Partners, LLC hereby withdraws its motion, filed on July 23, 2007, seeking Court appointment as lead plaintiff and for related relief.

Dated: August 3, 2007

Respectfully submitted,

GAINEY & McKENNA

By: _/s/ Thomas J. McKenna_
Thomas J. McKenna (TM-7109)
295 Madison Avenue
4th Floor
New York, New York 10017
Tel: (212) 983-1300

SQUITIERI & FEARON, LLP

By: _/s/ Stephen J. Fearon_
Stephen J. Fearon, Jr. (SF-8119)
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492

Attorneys for Movant Delta Partners, LLC