Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendants*
*Xinhua Finance Media Limited, Fredy Bush,*
*Shelly Singhal, Zhu Shan, Graham Earnshaw,*
*Aloysius T. Lawn, John H. Springer, Zhao Li, and*
*Long Qiu Yun*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3994 (LTS) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Xinhua Finance Media Limited, Fredy Bush, Shelly Singhal, Zhu Shan, Graham Earnshaw, Aloysius T. Lawn, John H. Springer, Zhao Li, and Long Qiu Yun.

    I certify that I am admitted to practice in this Court.

Date: August 13, 2007

                                    /s/ Kenneth M. Murray
                                 Kenneth M. Murray (KM-8728)
                                 WILSON SONSINI GOODRICH & ROSATI
                                 PROFESSIONAL CORPORATION
                                 1301 Avenue of the Americas, 40th Floor
                                 New York, New York 10019
                                 Tel: (212) 999-5800
                                 Fax: (212) 999-5899