Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendants*
*Xinhua Finance Media Limited, Fredy Bush,*
*Shelly Singhal, Zhu Shan, Graham Earnshaw,*
*Aloysius T. Lawn, John H. Springer, Zhao Li, and*
*Long Qiu Yun*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3994 (LTS)<br><br>**RULE 7.1 STATEMENT OF DEFENDANT**<br>**XINHUA FINANCE MEDIA LIMITED** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Xinhua Finance Media Limited ("Xinhua") hereby discloses that Xinhua Finance Limited owns 10% or more of Xinhua's stock. Xinhua Finance Limited is Xinhua's parent corporation, and is a publicly held corporation listed on the Mothers Board of the Tokyo Stock Exchange. No other parent corporation or publicly held corporation owns 10% or more of Xinhua's stock.

Date: August 13, 2007

                                                          /s/ Gideon A. Schor
                                                       Gideon A. Schor (GS-5932)
                                                       WILSON SONSINI GOODRICH & ROSATI
                                                       PROFESSIONAL CORPORATION
                                                       1301 Avenue of the Americas, 40th Floor
                                                       New York, New York 10019
                                                       Tel: (212) 999-5800
                                                       Fax: (212) 999-5899