Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendants*
*Xinhua Finance Media Limited, Fredy Bush,*
*Shelly Singhal, Zhu Shan, Graham Earnshaw,*
*Aloysius T. Lawn, John H. Springer, Zhao Li, and*
*Long Qiu Yun*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE<br>07 Civ. 3994 (LTS)<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

Defendants Xinhua Finance Media Limited, Fredy Bush, Shelly Singhal, Zhu Shan, Graham Earnshaw, Aloysius T. Lawn, John H. Springer, Zhao Li, and Long Qiu Yun ("Defendants") hereby submit their Statement of Non-Opposition to the Motions to Appoint Lead Plaintiff and Lead Counsel filed by plaintiffs.

Defendants take no position as to whom the Court should appoint as Lead Plaintiff and Lead Counsel. Defendants, however, reserve their rights to challenge the standing of any Lead Plaintiff, and their rights under Rule 23 of the Federal Rules of Civil Procedure when the Court considers a motion for class certification.

-2-

Date:  August 13, 2007                                             /s/ Gideon A. Schor
                                                 Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax:  (212) 999-5899