UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION | : : : : | Master File No. 1:07-cv-3994(LTS) <br><br> CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : | NOTICE OF FIRM NAME CHANGE |

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED:  September 13, 2007    COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)


  */s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
Telephone:  212/279-5050
212/279-3655 (fax)

Attorneys for Plaintiff

S:\Notice Information\Xinhua.doc

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on September 13, 2007, I caused a true and correct copy of the attached:

    Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                  /s/ *Samuel H. Rudman*
                                                   Samuel H. Rudman