Douglas J. Clark (DC-8309)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Tel.: (650) 493-9300
Fax: (650) 493-6811

Gideon A. Schor (GS-5932)
Kenneth M. Murray (KM-8728)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Defendants*
*Xinhua Finance Media Limited, Fredy Bush,*
*Shelly Singhal, Zhu Shan, Graham Earnshaw,*
*Aloysius T. Lawn, John H. Springer, Zhao Li, and*
*Long Qiu Yun*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION | MASTER FILE 07 Civ. 3994 (LTS) |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Xinhua Finance Media Limited, Fredy Bush, Shelly Singhal, Zhu Shan, Graham Earnshaw, Aloysius T. Lawn, John H. Springer, Zhao Li, and Long Qiu Yun.

    I certify that I am admitted to practice in this Court.

-2-

Date:  September 13, 2007                             /s/ Douglas J. Clark
                                            ─────────────────────────────
                                            Douglas J. Clark (DC-8309)
                                            WILSON SONSINI GOODRICH & ROSATI
                                            PROFESSIONAL CORPORATION
                                            650 Page Mill Road
                                            Palo Alto, CA 94304
                                            Tel.:  (650) 493-9300
                                            Fax:  (650) 493-6811

-2-