**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION



1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

December 13, 2007

**BY HAND**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re:   In re Xinhua Finance Media, Ltd. Securities Litigation
      Master File 07 Civ. 3994 (LTS)

Dear Judge Swain:

    This letter is submitted on behalf of defendants Xinhua Finance Media Ltd., Fredy Bush, and Shelly Singhal (the "Xinhua Defendants") in the above-referenced action. Defendants' motions to dismiss the Consolidated Amended Complaint in this matter are due to be filed on Friday, December 21, 2007. On behalf of the Xinhua Defendants, we respectfully write to request an extension of Your Honor's page limit for our supporting memorandum, from 25 pages to 35 pages.

    This request is occasioned by the fact that, as a foreign private issuer, Xinhua Finance Media Ltd. is subject to disclosure requirements that are substantially different from those applicable to domestic issuers. Though the differences between the two sets of disclosure requirements are clear, they are also numerous, and a full discussion of the comparison between the two sets of requirements necessitates this requested extension of the page limit. While we are attempting to keep the memorandum as brief as possible, we believe that the requested extension is necessary to permit a proper response to the Complaint and to present the issues properly to the Court.

    Plaintiffs' counsel, per U. Seth Ottensoser, Esq., have graciously consented to this request, provided that Plaintiffs receive the same extension of the page limit for their opposition brief, a proviso to which we consent.

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Hon. Laura Taylor Swain
December 13, 2007
Page 2

Thank you for your attention to this matter.

Respectfully,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Gideon A. Schor

cc: U. Seth Ottensoser, Esq.
Kim E. Miller, Esq.
Mark Holland, Esq.
(All by telecopier)

The request is granted. All Defendants shall endeavor to avoid duplication among their respective arguments in the motions.

SO ORDERED.

12/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE