# EXHIBIT 2

# SEC EDGAR Filing Information

## Form EFFECT -- Notice of Effectiveness

Effectiveness Date: **2007-03-08**     SEC Accession No.
Registration Form: **F-1**     **9999999995-07-000874**
Documents: **1**     Accepted: **2007-03-09 00:15:20**

Table of submitted documents:

| Seq | Type | Document | Size | Description |
|---|---|---|---|---|
| 1 | EFFECT | primary_doc.html | | |
| 1 | EFFECT | primary_doc.xml | 594 | |
| | | 9999999995-07-000874.txt | 2174 | **Complete submission text file** |

Filer Information:

**XINHUA FINANCE MEDIA LTD** (Filer) **(0001389476)**
IRS No.: **000000000** | State of Incorp.: **E9** | Fiscal Year End: **1231**
Type: **EFFECT** | Act: **33** | File No.: **333-140808** | Film No.: **07682425**
SIC: **4899** Communications Services, NEC

Business Address
ROOMS 3905-3909,TOWER 1,GRAND GATEWAY
1 HONGQIAO LU
SHANGHAI F4 200030
86-21-6113-5900

Mailing Address
ROOMS 3905-3909,TOWER 1,GRAND GATEWAY
1 HONGQIAO LU
SHANGHAI F4 200030

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Notice of Effectiveness

| | |
|---|---|
| **Effectiveness Date:** | March 8, 2007 3:30 P.M. |
| **Form:** | F-1 |
| **CIK:** | 0001389476 |
| **Company Name:** | XINHUA FINANCE MEDIA LTD |
| **File Number:** | 333-140808 |