UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE XINHUA FINANCE MEDIA, LTD. SECURITIES LITIGATION | Master File 07 Civ. 3994 (LTS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Clifford Chance US LLP hereby appears in the above-captioned action as counsel for Defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp., and W.R. Hambrecht + Co. LLC, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon:

>James B. Weidner
>Mark A. Kirsch
>Mark Holland
>Mary K. Dulka
>Angelique Shingler
>Clifford Chance US LLP
>31 West 52nd Street
>New York, NY 10019
>(212) 878-8000 (phone)
>(212) 878-8375 (fax)

NYA 873481.1

Dated: New York, New York
      December 21, 2007

                                       CLIFFORD CHANCE US LLP

                                       By: /s/ Angelique Shingler
                                            James B. Weidner (JW 0909)
                                            Mark A. Kirsch (MK 7806)
                                            Mark Holland (MH 6494)
                                            Mary K. Dulka (MD 0013)
                                            Angelique Shingler (AS 6052)
                                    31 West 52nd Street
                                    New York, NY 10019
                                    (212) 878-8000

                                    *Attorneys for Defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp., and W.R. Hambrecht + Co. LLC*

NYA 873481.1