UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE XINHUA FINANCE MEDIA, LTD.
SECURITIES LITIGATION

Master File 07 Civ. 3994 (LTS)

### DECLARATION OF MARK HOLLAND
### IN SUPPORT OF THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Mark Holland, declare under penalty of perjury as follows:

1.      I am a member of the law firm of Clifford Chance US LLP, attorneys for

Defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp. and W.R.

Hambrecht + Co. LLC (together, the "Underwriter Defendants") in this action. I submit this

declaration in support of the Underwriter Defendants' Motion to Dismiss Plaintiffs'

Consolidated Amended Class Action Complaint in *In re Xinhua Finance Media, Ltd. Securities*

*Litigation,* 07 Civ. 3994 (LTS).

2.      Attached hereto as Exhibit A is a true and correct copy of *Bloomberg*

*Finance*'s quotation of stock prices for Xinhua Finance Media Ltd. ("Xinhua").

3.      Attached hereto as Exhibit B is a true and correct copy of the Lead

Plaintiff Certifications of Leo Yen, Shaokai Li, Wu Lin and James O'Callaghan.

4.      Attached hereto as Exhibit C is a true and correct copy of a May 21, 2007

article in *Barron's* by Bill Alpert entitled "Ignoring an Inconvenient Truth."

5.      Attached as Exhibit D is a true and correct copy of a November 30, 2007

FINRA Report on Bedrock Securities, LLC.

6.    Attached as Exhibit E is a true and correct copy of a June 1, 2007 article in the *New York Post* by Roddy Boyd entitled "Xinhua Exec's Pre-IPO Deals."

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2007.

_____
Mark Holland