# Exhibit A



Page                                                  Equity**GPO**
Hit &lt;MENU&gt; to return to graph or &lt;PAGE&gt; to continue.
                           XFML US Equity                     Page 2/15
THIS PAGE:   12/10/07 - 11/26/07                                  Currency USD

| | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 12/14 | | | | | | | | | |
| T | 12/13 | | | | | | | | | |
| W | 12/12 | | | | | | | | | |
| T | 12/11 | | | | | | | | | |
| M | 12/10 | 6.80 | 6.88 | 6.65 | 6.8101 | 6.8101 | 6.6700 | 6.3127 | 90483 | 674170 |
| F | 12/07 | 7.00 | 7.06 | 6.65 | 6.80 | 6.8000 | 6.5380 | 6.3160 | 419498 | 728870 |
| T | 12/06 | 6.80 | 7.14 | 6.66 | 6.96 | 6.9600 | 6.4300 | 6.3373 | 729963 | 746278 |
| W | 12/05 | 6.13 | 6.75 | 6.13 | 6.69 | 6.6900 | 6.2880 | 6.3567 | 1068028 | 816194 |
| T | 12/04 | 6.14 | 6.14 | 5.98 | 6.09 | 6.0900 | 6.2000 | 6.4520 | 371503 | 848019 |
| M | 12/03 | 6.37 | 6.37 | 6.04 | 6.15 | 6.1500 | 6.1700 | 6.5773 | 348466 | 877054 |
| F | 11/30 | 6.44 | 6.57 | 6.20 | 6.26 | 6.2600 | 6.1100 | 6.7193 | 447046 | 916439 |
| T | 11/29 | 6.28 | 6.34 | 6.15 | 6.25 | 6.2500 | 6.0520 | 6.8293 | 713168 | 952858 |
| W | 11/28 | 6.00 | 6.38 | 6.00 | 6.25 | 6.2500 | 6.0020 | 6.9567 | 958119 | 993102 |
| T | 11/27 | 6.01 | 6.23 | 5.86 | 5.94 | 5.9400 | 6.0020 | 7.0660 | 519271 | 1162471 |
| M | 11/26 | 5.97 | 6.48 | 5.83 | 5.85 | 5.8500 | 6.0980 | 7.2393 | 783609 | 1378835 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:09

Bloomberg TERMINAL

Page                                                                 EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
XFML US Equity                     Page 3/15
THIS PAGE: 11/23/07 - 11/05/07               Currency USD

| | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 11/23 | 5.87 | 6.08 | 5.70 | 5.97 | 5.9700 | 6.3000 | 7.3400 | 534576 | 1364629 |
| T | 11/22 | | | | | | | | | |
| W | 11/21 | 6.01 | 6.25 | 5.60 | 6.00 | 6.0000 | 6.5300 | 7.4287 | 1436534 | 1412127 |
| T | 11/20 | 6.65 | 6.68 | 6.06 | 6.25 | 6.2500 | 6.7800 | 7.5453 | 1053702 | 1405619 |
| M | 11/19 | 6.64 | 6.80 | 6.36 | 6.42 | 6.4200 | 7.1540 | 7.6127 | 638580 | 1448421 |
| F | 11/16 | 7.25 | 7.48 | 6.71 | 6.86 | 6.8600 | 7.4640 | 7.6333 | 910994 | 1473925 |
| T | 11/15 | 7.27 | 7.50 | 6.92 | 7.12 | 7.1200 | 7.7480 | 7.6193 | 680607 | 1484596 |
| W | 11/14 | 8.20 | 8.47 | 7.04 | 7.25 | 7.2500 | 7.9060 | 7.5720 | 1778706 | 1517529 |
| T | 11/13 | 8.16 | 8.50 | 8.05 | 8.12 | 8.1200 | 8.0880 | 7.5520 | 1545411 | 1463141 |
| M | 11/12 | 8.25 | 8.30 | 7.88 | 7.97 | 7.9700 | 8.0420 | 7.4987 | 807014 | 1398264 |
| F | 11/09 | 7.81 | 8.40 | 7.77 | 8.28 | 8.2800 | 8.1560 | 7.4473 | 939241 | 1395185 |
| T | 11/08 | 8.23 | 8.4015 | 7.60 | 7.91 | 7.9100 | 7.9720 | 7.3653 | 993336 | 1403352 |
| W | 11/07 | 7.79 | 8.35 | 7.50 | 8.16 | 8.1600 | 7.8500 | 7.3513 | 1316827 | 1369083 |
| T | 11/06 | 9.14 | 9.30 | 7.77 | 7.89 | 7.8900 | 7.7680 | 7.3240 | 3498651 | 1332238 |
| M | 11/05 | 7.15 | 8.55 | 7.00 | 8.54 | 8.5400 | 7.6420 | 7.3227 | 3764743 | 1179889 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:09


Bloomberg TERMINAL

Page                             EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
XFHL US Equity           Page 4/15
THIS PAGE: 11/02/07 - 10/15/07          Currency: USD

| | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 11/02 | 7.28 | 7.50 | 7.28 | 7.36 | 7.3600 | 7.2800 | 7.3153 | 570519 | 973305 |
| T | 11/01 | 7.54 | 7.56 | 7.20 | 7.30 | 7.3000 | 7.1380 | 7.3973 | 1247046 | 992480 |
| W | 10/31 | 7.31 | 7.78 | 7.29 | 7.75 | 7.7500 | 6.9600 | 7.4687 | 1338909 | 1091745 |
| T | 10/30 | 6.75 | 7.58 | 6.62 | 7.26 | 7.2600 | 6.8000 | 7.5587 | 1695727 | 1090476 |
| M | 10/29 | 6.73 | 6.98 | 6.65 | 6.73 | 6.7300 | 6.8120 | 7.6707 | 1021143 | 1148200 |
| F | 10/26 | 6.60 | 6.94 | 6.48 | 6.65 | 6.6500 | 6.9060 | 7.8567 | 1071053 | 1386367 |
| T | 10/25 | 7.07 | 7.07 | 6.33 | 6.41 | 6.4100 | 6.9860 | 8.0093 | 1174609 | 1450759 |
| W | 10/24 | 7.25 | 7.25 | 6.71 | 6.95 | 6.9500 | 7.2440 | 8.1653 | 962882 | 1465991 |
| T | 10/23 | 7.37 | 7.60 | 7.10 | 7.32 | 7.3200 | 7.4040 | 8.2913 | 572257 | 1634294 |
| M | 10/22 | 6.88 | 7.36 | 6.81 | 7.20 | 7.2000 | 7.5140 | 8.3693 | 760838 | 1695900 |
| F | 10/19 | 7.60 | 7.6985 | 7.00 | 7.05 | 7.0500 | 7.7600 | 8.4413 | 1061743 | 1821201 |
| T | 10/18 | 7.70 | 7.79 | 7.57 | 7.70 | 7.7000 | 8.0680 | 8.4820 | 479301 | 1884055 |
| W | 10/17 | 8.06 | 8.15 | 7.50 | 7.75 | 7.7500 | 8.2020 | 8.5386 | 764148 | 2181105 |
| T | 10/16 | 8.27 | 8.30 | 7.70 | 7.87 | 7.8700 | 8.4720 | 8.6073 | 1213422 | 2804589 |
| M | 10/15 | 8.70 | 8.748 | 8.32 | 8.43 | 8.4300 | 8.6860 | 8.6080 | 665972 | 2958618 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:09

Bloomberg TERMINAL

```
Page                                                                              EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                                   XFML US Equity                                 Page 5/15
THIS PAGE:    10/12/07 - 09/24/07                                                 Currency  USD
     DATE    OPEN    HIGH    LOW     CLOSE    MA1      MA2      MA3       VOL         VAVG
F    10/12   8.50    8.80    8.40    8.59     8.5900   8.9040   8.4780    858146      2971373
T    10/11   9.40    9.42    8.25    8.37     8.3700   8.9740   8.3393    2736028     3070963
W    10/10   9.10    9.35    8.80    9.10     9.1000   9.0500   8.1973    1319866     3074755
T    10/09   9.60    9.65    8.88    8.94     8.9400   8.9979   7.9353    2561585     3003475
M    10/08   10.16   10.34   9.30    9.52     9.5200   8.9080   7.6847    4593656     2851541

F    10/05   9.00    9.40    8.66    8.9399   8.9399   8.6600   7.3873    2036938     2573782
T    10/04   9.33    9.33    8.60    8.75     8.7500   8.4040   7.1393    1403078     2460125
W    10/03   8.54    9.29    8.45    8.8399   8.8399   8.3640   6.9080    3487436     2389449
T    10/02   8.55    8.60    8.10    8.49     8.4900   8.3520   6.6847    1496344     2172740
M    10/01   7.88    8.79    7.7501  8.28     8.2800   8.2300   6.4880    2640350     2090229

F    09/28   8.49    8.50    7.65    7.66     7.6600   7.8700   6.3027    2004550     1930866
T    09/27   9.166   9.40    8.20    8.55     8.5500   7.6400   6.1687    4935048     1857530
W    09/26   9.55    10.18   8.60    8.7801   8.7801   7.1780   5.9680    10116420    1570961
T    09/25   6.34    7.90    6.10    7.8799   7.8799   6.4560   5.7713    3523846     928943
M    09/24   6.65    6.70    6.30    6.48     6.4800   5.9160   5.6467    857305      715260
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2007 Bloomberg Finance L.P.
                                                                            G576-61-0 10-Dec-2007 10:26:09


Bloomberg TERMINAL

```
Page                                                                         EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                              XFHL US Equity                                 Page 6/15
THIS PAGE:  09/21/07 - 09/03/07                                          Currency  USD
```

|   | DATE  | OPEN  | HIGH   | LOW   | CLOSE  | MA1    | MA2    | MA3    | VOL     | VAVG   |
|---|-------|-------|--------|-------|--------|--------|--------|--------|---------|--------|
| F | 09/21 | 6.70  | 6.99   | 6.321 | 6.5101 | 6.5101 | 5.6320 | 5.6247 | 2351997 | 681463 |
| T | 09/20 | 5.36  | 6.40   | 5.22  | 6.24   | 6.2400 | 5.3740 | 5.6013 | 2792911 | 595850 |
| W | 09/19 | 5.25  | 5.32   | 5.13  | 5.17   | 5.1700 | 5.1820 | 5.5980 | 250658  | 419137 |
| T | 09/18 | 5.06  | 5.244  | 5.06  | 5.18   | 5.1800 | 5.2460 | 5.6607 | 282570  | 413291 |
| M | 09/17 | 5.20  | 5.27   | 5.06  | 5.06   | 5.0600 | 5.3180 | 5.7260 | 427278  | 413637 |
| F | 09/14 | 5.27  | 5.30   | 5.17  | 5.22   | 5.2200 | 5.4060 | 5.8100 | 332077  | 399031 |
| T | 09/13 | 5.60  | 5.60   | 5.28  | 5.28   | 5.2800 | 5.4920 | 5.8813 | 342947  | 388263 |
| W | 09/12 | 5.48  | 5.55   | 5.42  | 5.4898 | 5.4898 | 5.5440 | 5.9520 | 236793  | 389563 |
| T | 09/11 | 5.50  | 5.70   | 5.45  | 5.54   | 5.5400 | 5.6120 | 5.9893 | 258684  | 406893 |
| M | 09/10 | 5.70  | 5.7699 | 5.45  | 5.50   | 5.5000 | 5.7060 | 6.0407 | 249898  | 405465 |
| F | 09/07 | 5.50  | 5.75   | 5.35  | 5.65   | 5.6500 | 5.8360 | 6.0840 | 904518  | 455777 |
| T | 09/06 | 5.93  | 5.93   | 5.52  | 5.54   | 5.5400 | 5.9380 | 6.0740 | 636505  | 531383 |
| W | 09/05 | 6.08  | 6.09   | 5.65  | 5.83   | 5.8300 | 6.0680 | 6.1433 | 486154  | 557909 |
| T | 09/04 | 6.07  | 6.151  | 6.00  | 6.01   | 6.0100 | 6.1240 | 6.2540 | 318611  | 592974 |
| M | 09/03 |       |        |       |        |        |        |        |         |        |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900        Singapore 65 6212 1000     U.S. 1 212 318 2000       Copyright 2007 Bloomberg Finance L.P.
                                                                                    G576-61-0 10-Dec-2007 10:26:10


Bloomberg TERMINAL

Page                                                               Equity**GPO**
Hit <MENU> to return to graph or <PAGE> to continue.
XFML US Equity                  Page 7/15
THIS PAGE: 08/31/07 - 08/13/07                                            Currency USD

|   | DATE  | OPEN | HIGH   | LOW  | CLOSE | MA1    | MA2    | MA3    | VOL     | VAVG   |
|---|-------|------|--------|------|-------|--------|--------|--------|---------|--------|
| F | 08/31 | 6.20 | 6.30   | 6.11 | 6.15  | 6.1500 | 6.1540 | 6.4233 | 350340  | 644026 |
| T | 08/30 | 6.15 | 6.19   | 6.05 | 6.16  | 6.1600 | 6.1880 | 6.6027 | 1067813 | 699777 |
| W | 08/29 | 6.04 | 6.20   | 6.03 | 6.19  | 6.1900 | 6.2140 | 6.6947 | 142207  | 641875 |
| T | 08/28 | 6.12 | 6.2699 | 6.06 | 6.11  | 6.1100 | 6.2440 | 6.7927 | 162966  | 656141 |
| M | 08/27 | 6.49 | 6.49   | 6.15 | 6.16  | 6.1600 | 6.2320 | 6.8647 | 287758  | 657434 |
| F | 08/24 | 6.20 | 6.42   | 6.20 | 6.32  | 6.3200 | 6.2620 | 6.9347 | 208192  | 652338 |
| T | 08/23 | 6.56 | 6.56   | 6.20 | 6.29  | 6.2900 | 6.2280 | 6.9927 | 170560  | 656832 |
| W | 08/22 | 6.15 | 6.45   | 6.10 | 6.34  | 6.3400 | 6.0700 | 7.0733 | 362451  | 660404 |
| T | 08/21 | 6.37 | 6.4299 | 6.02 | 6.05  | 6.0500 | 6.1180 | 7.1467 | 496732  | 660155 |
| M | 08/20 | 6.50 | 6.50   | 6.20 | 6.31  | 6.3100 | 6.4060 | 7.2433 | 237270  | 645456 |
| F | 08/17 | 6.19 | 6.43   | 5.85 | 6.15  | 6.1500 | 6.8540 | 7.3227 | 1004573 | 640285 |
| T | 08/16 | 6.58 | 6.6299 | 5.17 | 5.50  | 5.5000 | 7.3920 | 7.4143 | 2038617 | 615168 |
| W | 08/15 | 7.31 | 7.48   | 6.58 | 6.58  | 6.5800 | 7.8000 | 7.5530 | 1034395 | 510222 |
| T | 08/14 | 8.46 | 8.53   | 7.18 | 7.49  | 7.4900 | 8.0160 | 7.6223 | 1012128 | 477358 |
| M | 08/13 | 9.20 | 9.28   | 8.35 | 8.55  | 8.5500 | 7.9560 | 7.6070 | 1084386 | 475249 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000     Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:10



```
Page                                                                    EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                              XFML US Equity                            Page 8/15
THIS PAGE:  08/10/07 - 07/23/07                                        Currency USD
     DATE    OPEN    HIGH    LOW    CLOSE    MA1     MA2     MA3      VOL      VAVG
F   08/10    7.54    8.88    7.53   8.8401   8.8401  7.6880  7.5597   1186611  425929
T   08/09    7.66    7.66    7.41   7.54     7.5400  7.3580  7.5023   199283   402394
W   08/08    7.08    7.70    7.08   7.66     7.6600  7.3500  7.5477   356186   408857
T   08/07    7.10    7.30    7.07   7.19     7.1900  7.3060  7.5910   182365   400476
M   08/06    7.50    7.51    7.10   7.21     7.2100  7.3680  7.6677   211324   407135

F   08/03    7.5801  7.5801  7.11   7.1899   7.1899  7.4260  7.7457   275604   423713
T   08/02    7.56    7.5605  7.35   7.50     7.5000  7.4930  7.8230   224137   424235
W   08/01    7.45    7.52    7.30   7.44     7.4400  7.5090  7.8777   358716   458949
T   07/31    7.51    7.83    7.48   7.50     7.5000  7.5450  7.9257   276238   482675
M   07/30    7.65    7.65    7.42   7.50     7.5000  7.4970  7.9563   159719   560893

F   07/27    7.51    7.74    7.46   7.525    7.5250  7.5650  8.0103   627806   824475
T   07/26    7.62    7.71    7.43   7.58     7.5800  7.6560  8.0227   464437   828050
W   07/25    7.35    7.67    7.35   7.62     7.6200  7.7840  8.0507   541433   845241
T   07/24    7.80    7.83    7.04   7.26     7.2600  7.9220  8.0867   980486   839111
M   07/23    8.04    8.08    7.76   7.84     7.8400  8.1380  8.1733   344587   805953
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2007 Bloomberg Finance L.P.
                                                                              G576-61-0 10-Dec-2007 10:26:10


Bloomberg TERMINAL

Case 1:07-cv-03994-LTS    Document 37-2    Filed 12/21/2007    Page 10 of 16

```
Page                                                              EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                                  XFML US Equity                  Page 9/15
THIS PAGE:  07/20/07 - 07/02/07                                Currency  USD
     DATE    OPEN   HIGH    LOW   CLOSE     MA1     MA2     MA3      VOL     VAVG
F   07/20    8.20   8.29   7.83    7.98  7.9800  8.2460  8.2027   833586   815239
T   07/19    8.20   8.44   8.16    8.22  8.2200  8.3200  8.2487   296234   785829
W   07/18    8.30   8.50   8.18    8.31  8.3100  8.3400  8.2407   230475   812326
T   07/17    8.25   8.52   8.20    8.34  8.3400  8.3100  8.2400   282247   858212
M   07/16    8.39   8.60   8.23    8.38  8.3800  8.2340  8.2553   459990   945916

F   07/13    8.50   8.50   8.16    8.35  8.3500  8.2200  8.3040   283437   944657
T   07/12    8.20   8.47   8.20    8.32  8.3200  8.0920  8.3613   744843   992167
W   07/11    8.10   8.18   7.81    8.16  8.1600  8.0280  8.4413   714609  1051602
T   07/10    8.35   8.36   7.95    7.96  7.9600  8.0280  8.5727  1449511  1114970
M   07/09    8.53   8.92   8.27    8.31  8.3100  8.1480  8.6655  4113440  1093046

F   07/06    8.00  8.2299 7.6699   7.71  7.7100  8.1420  8.6841   681432   859111
T   07/05    8.40   8.40   7.90    8.00  8.0000  8.3340  8.7461   722299   916545
W   07/04
T   07/03    8.60   8.60   8.05    8.16  8.1600  8.3540  8.7921   449492   993551
M   07/02    8.00   8.57   8.00    8.56  8.5600  8.3820  8.7975   483113  1072619
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2007 Bloomberg Finance L.P.
                                                                              G576-61-0 10-Dec-2007 10:26:10


Bloomberg TERMINAL

```
Page                                                               EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                        XFML US Equity                              Page 10/15
THIS PAGE:  06/29/07 - 06/11/07                                    Currency USD
      DATE    OPEN    HIGH    LOW    CLOSE     MA1     MA2     MA3     VOL      VAVG
F   06/29     8.74    8.74    8.27    8.28    8.2800  8.3840  8.7461  483871   1079573
T   06/28     8.30    8.70    8.18    8.67    8.6700  8.5500  8.7141  392436   1124403
W   06/27     8.20    8.30    7.93    8.10    8.1000  8.6580  8.6261  693702   1163709
T   06/26     8.52    8.57    8.23    8.30    8.3000  8.9420  8.5795  918751   1195951
M   06/25     9.15    9.15    8.20    8.5701  8.5701  9.3080  8.5128  1597818  1186013

F   06/22     9.02    9.35    8.90    9.11    9.1100  9.4644  8.4321  441103   1240351
T   06/21     9.54    9.5999  9.059   9.21    9.2100  9.3604  8.2855  996087   1279175
W   06/20    10.24   10.51    9.28    9.52    9.5200  9.2464  8.1315  1636371  1297112
T   06/19     9.48   10.15    9.45   10.13   10.1300  9.0804  7.9688  1665130  1335647
M   06/18     8.73    9.55    8.60    9.3518  9.3518  8.7024  7.7915  1120646  1488537

F   06/15     8.80    8.80    8.55    8.59    8.5900  8.3900  7.6440  604408   1588267
T   06/14     8.75    8.7899  8.60    8.64    8.6400  8.2320  7.5187  1542952  1906385
W   06/13     8.20    8.75    8.20    8.69    8.6900  7.9740  7.4173  1877391  2038315
T   06/12     7.80    8.25    7.67    8.24    8.2400  7.7160  7.3113  1635509  2274615
M   06/11     7.86    7.87    7.73    7.79    7.7900  7.5280  7.3460  587420   2481640
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000    Copyright 2007 Bloomberg Finance L.P.
                                                                              G576-61-0 10-Dec-2007 10:26:11


Bloomberg TERMINAL

Page                                                                    EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                              XFML US Equity                            Page 11/15
THIS PAGE:  06/08/07 - 05/21/07                                         Currency  USD

|   | DATE  | OPEN | HIGH | LOW  | CLOSE | MA1    | MA2     | MA3     | VOL     | VAVG    |
|---|-------|------|------|------|-------|--------|---------|---------|---------|---------|
| F | 06/08 | 7.40 | 7.80 | 7.37 | 7.80  | 7.8000 | 7.4420  | 7.4893  | 1156320 | 2570873 |
| T | 06/07 | 7.55 | 7.55 | 7.30 | 7.35  | 7.3500 | 7.2640  | 7.6887  | 982031  | 2575812 |
| W | 06/06 | 7.26 | 7.50 | 7.21 | 7.40  | 7.4000 | 7.1740  | 7.9887  | 1177320 | 2559820 |
| T | 06/05 | 7.40 | 7.43 | 7.25 | 7.30  | 7.3000 | 7.1100  | 8.2940  | 769682  | 2496419 |
| M | 06/04 | 7.09 | 7.43 | 7.00 | 7.36  | 7.3600 | 7.1440  | 8.6080  | 2412891 | 2463808 |
| F | 06/01 | 7.03 | 7.16 | 6.90 | 6.91  | 6.9100 | 7.1000  | 8.9207  | 1023468 | 2343128 |
| T | 05/31 | 7.08 | 7.23 | 6.90 | 6.90  | 6.9000 | 7.0600  | 9.2493  | 1265139 | 2300315 |
| W | 05/30 | 7.28 | 7.42 | 6.96 | 7.08  | 7.0800 | 7.1040  | 9.5927  | 2214404 | 2239667 |
| T | 05/29 | 7.41 | 7.69 | 7.16 | 7.47  | 7.4700 | 7.1080  | 9.9320  | 3958471 | 2142072 |
| M | 05/28 |      |      |      |       |        |         |         |         |         |
| F | 05/25 | 6.84 | 7.43 | 6.84 | 7.14  | 7.1400 | 7.3660  | 10.2793 | 2616598 | 1910376 |
| T | 05/24 | 7.12 | 7.37 | 6.15 | 6.71  | 6.7100 | 7.9260  | 10.6240 | 5376184 | 1766637 |
| W | 05/23 | 7.00 | 7.95 | 6.65 | 7.12  | 7.1200 | 8.7420  | 11.0153 | 3521893 | 1447240 |
| T | 05/22 | 8.50 | 8.80 | 7.03 | 7.10  | 7.1000 | 9.6880  | 11.3473 | 5421890 | 1326188 |
| M | 05/21 | 8.62 | 9.30 | 8.31 | 8.76  | 8.7600 | 10.6640 | 11.6340 | 4740880 | 1041407 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000      Copyright 2007 Bloomberg Finance L.P.
                                                                               G576-61-0 10-Dec-2007 10:26:11


Bloomberg
TERMINAL

Page          EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
XFML US Equity     Page 12/15
THIS PAGE: 05/18/07 - 04/30/07     Currency USD

| | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 05/18 | 10.93 | 11.02 | 9.91 | 9.94 | 9.9400 | 11.3140 | 11.7967 | 1925917 | 915765 |
| T | 05/17 | 11.87 | 11.87 | 10.65 | 10.79 | 10.7900 | 11.7360 | 11.8227 | 1230406 | 806950 |
| W | 05/16 | 11.89 | 12.10 | 11.52 | 11.85 | 11.8500 | 11.9460 | 11.7767 | 742148 | 777712 |
| T | 05/15 | 12.28 | 12.28 | 11.96 | 11.98 | 11.9800 | 11.9860 | 11.6800 | 226305 | 759187 |
| M | 05/14 | 11.86 | 12.45 | 11.86 | 12.01 | 12.0100 | 12.0240 | 11.5787 | 280520 | 759321 |
| F | 05/11 | 11.81 | 12.51 | 11.81 | 12.05 | 12.0500 | 12.1580 | 11.4553 | 602699 | 762373 |
| T | 05/10 | 11.99 | 12.20 | 11.64 | 11.84 | 11.8400 | 12.2100 | 11.3193 | 381273 | 757876 |
| W | 05/09 | 12.21 | 12.33 | 11.60 | 12.05 | 12.0500 | 12.3580 | 11.1713 | 355422 | 755986 |
| T | 05/08 | 12.60 | 12.66 | 12.04 | 12.17 | 12.1700 | 12.3680 | 11.0313 | 750469 | 740385 |
| M | 05/07 | 12.40 | 12.75 | 12.30 | 12.6799 | 12.6799 | 12.2140 | 10.8987 | 483041 | 718897 |
| F | 05/04 | 12.71 | 12.71 | 12.25 | 12.31 | 12.3100 | 11.9180 | 10.7200 | 460501 | 718177 |
| T | 05/03 | 12.13 | 12.70 | 12.00 | 12.58 | 12.5800 | 11.5220 | 10.5680 | 585233 | 701433 |
| W | 05/02 | 11.50 | 12.50 | 11.50 | 12.10 | 12.1000 | 11.0260 | 10.3960 | 1706114 | 682122 |
| T | 05/01 | 11.55 | 11.59 | 11.17 | 11.40 | 11.4000 | 10.6860 | 10.2640 | 1150180 | 601862 |
| M | 04/30 | 11.39 | 12.17 | 11.00 | 11.20 | 11.2000 | 10.4980 | 10.1640 | 2856254 | 554703 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 920410 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:11


Bloomberg TERMINAL

Case 1:07-cv-03994-LTS    Document 37-2    Filed 12/21/2007    Page 14 of 16

Page      EquityGPO

Hit <MENU> to return to graph or <PAGE> to continue.

XFML US Equity     Page 13/15

THIS PAGE: 04/27/07 - 04/09/07     Currency USD

|   | DATE | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|------|------|------|-----|-------|-----|-----|-----|-----|------|
| F | 04/27 | 10.13 | 10.53 | 10.06 | 10.33 | 10.3300 | 10.2900 | 10.0840 | 293687 | 384728 |
| T | 04/26 | 10.55 | 10.57 | 10.02 | 10.10 | 10.1000 | 10.2260 | 10.0660 | 791836 | 376320 |
| W | 04/25 | 10.50 | 10.69 | 10.28 | 10.40 | 10.4000 | 10.1300 | 10.0760 | 464272 | 338209 |
| T | 04/24 | 10.16 | 10.60 | 10.11 | 10.46 | 10.4600 | 10.0400 | 10.0760 | 228315 | 331821 |
| M | 04/23 | 10.20 | 10.20 | 9.90 | 10.16 | 10.1600 | 9.9840 | 10.0767 | 326292 | 338180 |
| F | 04/20 | 9.70 | 10.06 | 9.63 | 10.01 | 10.0100 | 9.9520 | 10.1307 | 535256 | 332983 |
| T | 04/19 | 9.96 | 10.04 | 9.535 | 9.62 | 9.6200 | 9.9560 | 10.2067 | 352922 | 308427 |
| W | 04/18 | 10.01 | 10.30 | 9.90 | 9.9499 | 9.9499 | 10.0320 | 10.3047 | 121398 | 328155 |
| T | 04/17 | 10.00 | 10.35 | 10.00 | 10.18 | 10.1800 | 10.0660 | 10.3993 | 428149 | 354653 |
| M | 04/16 | 10.01 | 10.12 | 9.95 | 10.00 | 10.0000 | 10.0100 | 10.4993 | 472240 | 340764 |
| F | 04/13 | 10.05 | 10.20 | 9.95 | 10.03 | 10.0300 | 10.0100 | 10.6093 | 209340 | 323565 |
| T | 04/12 | 10.00 | 10.38 | 9.98 | 10.00 | 10.0000 | 10.0160 | 10.7267 | 295573 | 324207 |
| W | 04/11 | 10.00 | 10.12 | 9.89 | 10.12 | 10.1200 | 10.0660 | 10.8400 | 502211 | 337040 |
| T | 04/10 | 9.90 | 10.00 | 9.90 | 9.90 | 9.9000 | 10.1220 | 10.9420 | 442805 | 330028 |
| M | 04/09 | 10.05 | 10.06 | 9.87 | 10.00 | 10.0000 | 10.2360 | 11.0373 | 306619 | 327129 |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2007 Bloomberg Finance L.P.
G576-61-0 10-Dec-2007 10:26:11


Bloomberg TERMINAL

Page                                                                    EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
                          XFML US Equity                                Page 14/15
                                                                        Currency USD
THIS PAGE:  04/06/07 - 03/19/07
    DATE    OPEN    HIGH    LOW    CLOSE    MA1      MA2      MA3       VOL       VAVG
F   04/06
T   04/05   10.14   10.44   10.00  10.06    10.0600  10.4300  11.1140   167569    379399
W   04/04   10.60   10.60   10.16  10.25    10.2500  10.6480  11.1667   220174    473637
T   04/03   10.60   10.80   10.28  10.40    10.4000  10.8160  11.1560   368448    560434
M   04/02   10.94   11.00   10.21  10.47    10.4700  11.0100  11.1823   323707    638154

F   03/30   11.20   11.20   10.96  10.97    10.9700  11.2520  11.2043   248334    756279
T   03/29   11.28   11.28   11.00  11.15    11.1500  11.3880  11.2297   166919
W   03/28   11.25   11.35   11.00  11.0901   11.0901 11.5160            648846
T   03/27   11.59   11.61   11.25  11.37    11.3700  11.6380            518861
M   03/26   11.56   11.82   11.55  11.68    11.6800  11.6940            219817

F   03/23   11.80   11.90   11.63  11.65    11.6500  11.6240            214246
T   03/22   11.75   11.8699 11.62  11.7899  11.7899  11.5240            218978
W   03/21   11.88   11.88   11.50  11.7001  11.7001  11.3360            488071
T   03/20   11.35   11.80   11.35  11.65    11.6500  11.0140            397031
M   03/19   11.34   11.34   11.10  11.33    11.3300  10.8430            399310

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2007 Bloomberg Finance L.P.
                                                                           G576-61-0 10-Dec-2007 10:26:12


Bloomberg TERMINAL

Page   EquityGPO
Hit <MENU> to return to graph or <PAGE> to continue.
XFML US Equity   Page 15/15
THIS PAGE: 03/16/07 - 03/09/07   Currency USD

| DATE | | OPEN | HIGH | LOW | CLOSE | MA1 | MA2 | MA3 | VOL | VAVG |
|---|---|---|---|---|---|---|---|---|---|---|
| F | 03/16 | 10.96 | 11.20 | 10.95 | 11.15 | 11.1500 | 10.7370 | | 1090681 | |
| T | 03/15 | 10.11 | 11.24 | 9.75 | 10.85 | 10.8500 | 10.7770 | | 1581135 | |
| W | 03/14 | 10.80 | 10.80 | 10.00 | 10.09 | 10.0900 | | | 1522130 | |
| T | 03/13 | 10.90 | 11.12 | 10.65 | 10.795 | 10.7950 | | | 1534243 | |
| M | 03/12 | 11.32 | 11.35 | 10.45 | 10.80 | 10.8000 | | | 2095581 | |
| F | 03/09 | 13.00 | 13.00 | 10.70 | 11.35 | 11.3500 | | | 16748463 | |
| T | 03/08 | | | | | | | | | |
| W | 03/07 | | | | | | | | | |
| T | 03/06 | | | | | | | | | |
| M | 03/05 | | | | | | | | | |

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2007 Bloomberg Finance L.P.
                                                                              G576-61-0 10-Dec-2007 10:26:12


Bloomberg TERMINAL