# Exhibit B

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Leo Yen _____ (name) ( laintiff? declares, as to the claims asserted under the federal securities law, that:

1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.    Plaintiff did not purchase securities of Xinhua Finance Media Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the Class Period, plaintiff has executed transactions in the securities of Xinhua Finance Media Ltd. as follows. See Attached Schedule.

5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 22nd _____, 2007

_____
Plaintiff

## Leo Yen    List of Xinhua Finance Media, Ltd. Transactions

| Date | Purchases | Price | Total |
|------|-----------|-------|-------|
| 4/5/2007 | 17500 | $ 10.14 | $ 177,450.00 |
| 4/26/2007 | 5100 | $ 10.11 | $ 51,561.00 |
| 4/26/2007 | 1900 | $ 10.09 | $ 19,171.00 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

_____ (揚LAINTIFF? , declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint.  Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff樀counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group.  A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4.      Plaintiff樀transaction(s) in the **Xinhua Finance Media Ltd.** security that is the subject of this action during the class period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 2000 | | Buy | 5/4/2007 | $ 12.25 |
| 1000 | | Buy | 5/3/2007 | $ 13.55 |
| 2000 | | Buy | 5/7/2007 | $ 12.0049 |

Please list other transactions on a separate sheet of paper, if necessary.

5.      During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6.      Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring suit to recover for investment losses.

7.      The undersigned is authorized to sign this Certification on behalf of Plaintiff.

8.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff樀pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of May, 2007.

1000 shares  buy  5/10/2007  $ 12.9399

1000 shares  Buy  5/17/2007  $11.70491

Signature _____  5/30/07

Print Name  SHAOKAI LI

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

_____ (*PLAINTIFF? , declares the following as to the claims asserted under the federal securities laws:

1.      Plaintiff has reviewed the complaint filed in this matter and has authorized the filing of a complaint based on similar allegations in a related or amended complaint. Plaintiff retains Bernstein Liebhard & Lifshitz, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4.      Plaintiff's transaction(s) in the **Xinhua Finance Media Ltd.** security that is the subject of this action during the class period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| 3000 | XFML | Buy | 5/15/2007 | 12.05 |
| 3000 | XFML | Buy | 5/16/2007 | 11.88 |
| 3000 | XFML | Buy | 5/21/2007 | 8.70 |

Please list other transactions on a separate sheet of paper, if necessary.

5.      During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for the class in any action filed under the federal securities laws except as indicated here:

6.      Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring suit to recover for investment losses.

7.      The undersigned is authorized to sign this Certification on behalf of Plaintiff.

8.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of May, 2007.

_____    5/30/07
Signature

_____
Print Name    Wu Lin

**CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF**

JAMES O'CALLAGHAN (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

    1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

    2.    Plaintiff did not purchase securities of Xinhua Finance Media Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

    3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

    4.    During the Class Period, plaintiff has executed transactions in the securities of Xinhua Finance Media Ltd. as follows. See Attached Schedule.

    5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

    6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 22nd , 2007

_____
Plaintiff

Name of plaintiff: JAMES J' CALLAGHAN

Schedule of plaintiff's Transaction(s) in
Xinhua Finance Media Ltd.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 5/21/07 | 30000 | 9.00 |
| 5/21/07 | 18598 | 9.05 |
| 5/21/07 | 1502 | 9.04 |
| 5/21/07 | 5737 | 9.13 |
| 5/21/07 | 300 | 9.14 |
| 5/21/07 | 43863 | 9.15 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| 5/22/07 | 2000 | 7.702 |
| 5/22/07 | 10720 | 8.01 |
| 5/22/07 | 3778 | 8.05 |
| 5/22/07 | 200 | 8.04 |
| 5/22/07 | 934 | 8.03 |
| 5/22/07 | 1350 | 8.02 |
| 5/22/07 | 16200 | 8.20 |
| 5/22/07 | 1000 | 8.21 |
| 5/22/07 | 1400 | 8.23 |
| 5/22/07 | 11000 | 8.22 |
| 5/22/07 | 411 | 8.24 |
| 5/22/07 | 2550 | 8.25 |
| 5/22/07 | 200 | 8.26 |
| 5/22/07 | 200 | 8.27 |
| 5/22/07 | 200 | 8.28 |
| 5/22/07 | | 8.50 |
| 5/22/07 | 10931 | 8.50 |
| 5/22/07 | 100 | 8.54 |
| 5/22/07 | 36726 | 8.70 |
| 5/22/07 | 100 | 8.71 |