## BERNSTEIN LIEBHARD & LIFSHITZ, LLP
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com





March 6, 2008

**MEMO ENDORSED**

**By Hand Delivery**

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

      Re:    In re Xinhua Finance Media, Ltd. Sec. Litig.,
             Master File 07 Civ. 3994 (LTS)

Dear Judge Swain:

      We represent Leo Yen, James O'Callaghan, Shaokali Li, and Wu Lin ("Lead Plaintiffs") in the above-referenced action. On December 21, 2007, defendants Xinhua Finance Media Ltd., Fredy Bush and Shelly Singhal (the "Xinhua Defendants") filed a 35 page motion to dismiss Plaintiffs' Consolidated Amended Complaint in this action, after getting a 10 page extension. On that same date, defendants JP Morgan Securities, Inc., UBS AG, CIBC World Markets Corp., and W.R. Hambrecht & Co., LLC (the "Underwriter Defendants") filed a 25 page motion to dismiss. Together, the Xinhua Defendants and the Underwriter Defendants' motions to dismiss total 60 pages.

      Lead Plaintiffs' opposition briefs to the Xinhua Defendants and the Underwriter Defendants' motions to dismiss are due on March 11, 2008. We respectfully request that Your Honor grant Lead Plaintiffs permission to file a 60 page omnibus memorandum of law in opposition to the Xinhua Defendants and the Underwriter Defendants' motions to dismiss.

      The Xinhua Defendants' counsel consented to this page extension in a letter submission to this Court on December 13, 2007. The Xinhua Defendants and the

15075v1



BERNSTEIN LIEBHARD & LIFSHITZ, LLP

*The Honorable Laura Taylor Swain*
*March 6, 2008*
*Page 2*

Underwriter Defendants' counsel have no objection to the filing of an omnibus opposition.

Respectfully submitted,

*[signature]*

U. Seth Ottensoser

cc: Gideon A. Schor, Esq. (by Email)
Mark Holland, Esq. (by Email)
Kim Miller, Esq. (by Email)

The request is granted.

SO ORDERED.

*[signature] 3/6/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE