# EXHIBIT 8

(RNBx), APPEAL, DISCOVERY, PROTORD

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division - Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:07-cv-00333-JVS-RNB

| | |
|---|---|
| National Account Management Inc et al v. Shelly S Singhal et al | Date Filed: 03/21/2007 |
| Assigned to: Judge James V. Selna | Jury Demand: Both |
| Referred to: Magistrate Judge Robert N. Block | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Case in other court: California State Court Orange County, 07CC03088 | Jurisdiction: Federal Question |
| Cause: 18:1962 Racketeering (RICO) Act | |

**Plaintiff**

**National Account Management Inc**     represented by **Carlos F Negrete**
Carlos F Negrete Law Offices
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
949-493-8115
Email: cnegrete1@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Business Growth Funding Inc**     represented by **Carlos F Negrete**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Shelly S Singhal**     represented by **Michael P McCloskey**
Foley & Lardner
402 W Broadway, Suite 2100
San Diego, CA 92101
619-234-6655
Email: mmccloskey@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela L Johnston**
Foley and Lardner
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
310-975-7731

| | | |
|---|---|---|
| | | Pamela) (Entered: 01/31/2008) |
| 02/01/2008 | 152 | MINUTEORDER (IN CHAMBERS) held before Judge Robert N. Block re Defendant SBI's Objections to Plaintiffs' and Third-Party Defendants' Motion to Cure Default and Serve Responses to Requests for Admission: SBI's request that the Motions be stricken on account of such violation is denied. (see document for further details) (klg) (Entered: 02/01/2008) |
| 02/01/2008 | 153 | Defendant SBI-USA, LLC's Notice of Request to Cross-Examine Plaintiffs' and Third-Party Defendants' Counsel, Carlos F. Negrete, Pursuant to Local Rule 7-8 re MOTION for Discovery regarding Cure Default and Serve Responses to Requests for Admission 124, First MOTION for Discovery regarding Cure Default and Serve Responses to Requests for Admission 123 filed by Defendant SBI-USA LLC. (Soby, Katherine) (Entered: 02/01/2008) |
| 02/04/2008 | 166 | MINUTES OF Motion Hearing held before Judge James V. Selna: Set/Reset Deadlines/Hearings:Motion set for hearing on 2/29/2008 at 08:30 AM before Judge James V. Selna. The briefing for that motion will be extended by 4 days. The motion to Dismiss the FAC with prejudice as to defendants Singhal, Martin and SBI-Brightline is granted.Court Reporter: Sharon Seffens. (ade) (Entered: 02/19/2008) |
| 02/05/2008 | 154 | ORDER RE Defendant SBI USA, LLC'S Notice of Request to Cross-Examine Plaintiffs' and Third-Party Defendants' Counsel, Carlos F. Negrete, pursuant to LR 7-8 by Judge Robert N. Block. SBIs Request to Cross-Examine Carlos F. Negrete regarding his declarations in support of Plaintiffs and Third Party Defendants Notice[s] of Resetting of Hearing of Motions and Motions to Cure Default and Serve Responses to Requests for Admissions is granted 153 (twdb) (Entered: 02/05/2008) |
| 02/05/2008 | 155 | MINUTES OF IN CHAMBERS ORDER held before Judge Robert N. Block : re: Request to Cross Examine Plaintiffs' and Third Party Defendants' Counsel, Carlos F. Negrete, pursuant to LR 7-8 153. In any event, given SBI's failure to specify the factual statements made in Mr. Negrete's Declarations that it disputes and about which it desires to cross-examine him, SBI's Request is denied. (twdb) (Entered: 02/05/2008) |
| 02/05/2008 | 156 | REPLY Reply to Opposition *to Motion to Cure Default and Serve Responses to Requests for Admission 150* filed by Third Party Defendants Nathan W Drage, Adrian Wilson, Plaintiffs National Account Management Inc, Business Growth Funding Inc. (Negrete, Carlos) (Entered: 02/05/2008) |
| 02/05/2008 | 157 | DECLARATION of Carlos F. Negrete re Reply (Motion related), Reply (Motion related) 156 *Declaration of Service* filed by Third Party Defendants Nathan W Drage, Adrian Wilson, Plaintiffs National Account Management Inc, Business Growth Funding Inc. (Negrete, Carlos) (Entered: 02/05/2008) |
| 02/06/2008 | 158 | NOTICE OF CLERICAL ERROR: Due to clerical error the Order RE: Defendant SBI USA, LLC'S Notice of Request to Cross-Examine is hereby VACATED. Filed 2/5/08 and document #154. The Order was |

| | | |
|---|---|---|
| | | Declaration)(McCloskey, Michael) (Entered: 03/12/2008) |
| 03/14/2008 | 195 | MINUTES OF Motion Hearing held before Judge James V. Selna : DENYING Final Order re Motion to ReconsiderCourt Reporter: Miriam Baird. (ade) (Entered: 03/18/2008) |
| 03/14/2008 | 196 | MINUTES OF Motion Hearing held before Judge James V. Selna : Final Order Denying Motion to Reconsider re: Order 1/28/08.Court Reporter: Miriam Baird. (ade) (Entered: 03/18/2008) |
| 03/14/2008 | 202 | MINUTES OF Motion Hearing held before Judge James V. Selna. Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court SBI's MOTION for Summary Judgment as to Plaintiffs Claims 87 and rules in accordance with the tentative ruling. (See document for details) Court Reporter: Miriam Baird. (kt) (Entered: 05/07/2008) |
| 04/11/2008 | 197 | NOTICE OF APPEAL to the 9th CCA filed by PlaintiffNational Account Management Inc, Business Growth Funding Inc. Appeal of Motion Hearing,,, Link Motions to Minutes,,, Terminate Hearings,, 163, Motion Hearing 195, Motion Hearing 196, Order 192 APPEAL FEE BILLED. (Negrete, Carlos) Modified on 4/15/2008 (car, ). (Entered: 04/11/2008) |
| 04/11/2008 | 198 | Civil Appeals Docketing Statement received from Plaintiff National Account Management Inc, Business Growth Funding Inc forwarded to 9th CCA. RE: Notice of Appeal to 9th Circuit Court of Appeals, 197 (Negrete, Carlos) (Entered: 04/11/2008) |
| 04/15/2008 | 199 | FILING FEE LETTER issued as to Plaintiff National Account Management Inc, re Notice of Appeal to 9th Circuit Court of Appeals, 197 (car) (Entered: 04/15/2008) |
| 04/15/2008 | 200 | NOTICE OF APPEAL NOTIFICATION form issued regarding Notice of Appeal to 9th Circuit Court of Appeals, 197 as to Plaintiff National Account Management Inc. (car) (Entered: 04/15/2008) |
| 04/15/2008 | 201 | APPEAL FEE PAID: re Notice of Appeal to 9th Circuit Court of Appeals, 197 as to Plaintiffs National Account Management Inc, Business Growth Funding Inc; Receipt Number: 14966 in the amount of $455. (car) (Entered: 04/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2008 09:23:29 | | | |
| **PACER Login:** | ws0093 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:07-cv-00333-JVS-RNB |
| **Billable Pages:** | 18 | **Cost:** | 1.44 |